Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369-6800
Fax: 702.369.6888

Robert F. Shaffer (*admitted pro hac vice*)
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423
James R. Barney (*admitted pro hac vice*)
james.barney@finnegan.com
District of Columbia Bar No. 473732
Anthony D. Del Monaco (*admitted pro hac vice*)
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4000
Fax: 202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC;
Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FAN DUEL, INC.,<br><br>Defendant. | Case No.: 2:16-cv-00801-RCJ-VCF<br><br>**INDEX OF EXHIBITS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>*(Filed Concurrently With Plaintiff's First Amended Complaint For Patent Infringement)* |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

**INDEX OF EXHIBITS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

| | |
|---|---|
| Exhibit A | Notice Letter |
| Exhibit B | Patent No.: RE39,818 |
| Exhibit C | Patent No.: 6,899,628 |
| Exhibit D | Patent No.: 9,111,417 |
| Exhibit E | Patent No.: 8,641,511 |
| Exhibit F | Patent No.: 8,342,924 |
| Exhibit G | Patent No.: 7,029,394 |
| Exhibit H | Patent No.: 6,884,166 |
| Exhibit I | Patent No.: 7,534,169 |
| Exhibit J | Patent No.: 8,771,058 |
| Exhibit K | Patent No.: 8,814,664 |
| Exhibit L | Patent No.: 9,355,518 |
| Exhibit M | Patent No.: 9,306,952 |

DATED this 13th day of June, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
Erica J. Chee
Nevada Bar No. 12238
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Robert F. Shaffer (*Admitted Pro Hac Vice*)
James R. Barney (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco (*Admitted Pro Hac Vice*)
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **INDEX OF EXHIBITS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

**W. West Allen**
**Eric A. Buresh (*pro hac vice pending*)**
**Carrie A. Bader (*pro hac vice pending*)**
**Clifford T. Brazil (*pro hac vice pending*)**
**Megan J. Redmond (*pro hac vice pending*)**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

W. West Allen
Nevada Bar No. 556
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy, Ste. 1000
Las Vegas, NV  89169

Eric A. Buresh
Erise IP, P.A.
5251 W. 116th Place
Leawood, KS  66211

Carrie A. Bader
Clifford T. Brazil
Megan J. Redmond
Erise IP, P.A.
6201 College Blvd., Ste. 300
Overland Park, KS  66211

*Attorneys for Defendant*

DATED this 13th day of June, 2016.

/s/ Carol Rojas
An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.