W. WEST ALLEN
Nevada Bar. No. 5566
wwa@h2law.com
HOWARD & HOWARD PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568

ERISE IP, P.A.
Eric A. Buresh (admitted Pro Hac Vice)
Megan J. Redmond (admitted Pro Hac Vice)
Carrie A. Bader (admitted Pro Hac Vice)
Clifford T. Brazil (admitted Pro Hac Vice)
6201 College Blvd., Suite 300
Overland Park, KS  66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

*Attorneys for Defendant FanDuel, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FANDUEL, INC.,<br><br>Defendants. | Case No. 2:16-cv-00801-RCJ-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FANDUEL, INC. TO FILE REPLIES IN SUPPORT OF ITS MOTIONS TO DISMISS, STAY, AND SEVER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant FanDuel, Inc. ("FanDuel") and Plaintiffs CG Technology Development, LLC, ("CG Tech"), Interactive Games Limited ("IG Limited") and Interactive Games LLC ("IG Games") (collectively "Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree as follows:

4824-2213-8161, v. 1

1. Defendant filed its Motions to Dismiss, Stay and Sever (ECF Nos. 44, 45, and 46) on July 14, 2016. The Plaintiffs filed Oppositions (ECF Nos. 51, 52, 55) to Defendant's Motions to Dismiss, Stay, and Sever (ECF Nos. 44, 45, and 46) on August 8, 2016.

2. The current deadline for Defendant to file Replies to those Oppositions is August 18, 2016. The parties respectfully request that these deadlines be extended up to and including August 22, 2016.

3. FanDuel has requested this extension because FanDuel needs additional time to prepare three substantive Replies and to address the arguments made in the Plaintiffs' Oppositions.

THEREFORE, Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC and Defendant FanDuel, Inc., hereby stipulate and agree

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4824-2213-8161, v. 1

that FanDuel's time to file Replies to Plaintiffs' Oppositions shall be extended to and include Monday, August 22, 2016.

DATED this 9th day of August 2016.

| HOWARD & HOWARD PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ W. West Allen<br>W. WEST ALLEN<br>Nevada Bar No. 5566<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 667-4843<br>Facsimile: (702) 567-1568 | By: /s/ Molly M. Rezac<br>MOLLY M. REZAC<br>Nevada Bar No. 7435<br>ERICA J. CHEE<br>Nevada Bar No. 12238<br>3800 Howard Hughes Pkwy., Ste 1500<br>Las Vegas, NV 89169<br>Telephone: (702) 369-6800<br>Facsimile: (702) 369-6888 |
| ERISE IP, P.A<br>Eric A. Buresh<br>Megan J. Redmond<br>Carrie A. Bader<br>Clifford T. Brazil<br>6201 College Blvd.<br>Suite 300<br>Overland Park, KS  66211 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>901 New York Avenue, NW<br>Washington, DC 2001-4413 |
| *Attorneys for Defendant, FanDuel, Inc.* | *Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  __ August 16, 2016        _____

25768404.1