Michael D. Rounds
Nevada Bar No. 4734
mrounds@bhfs.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FANDUEL, INC.,<br><br>Defendant. | Case No.: 2:16-cv-00801-RCJ-VCF<br>*For Pre-Trial Discovery Purposes, Consolidated with:*<br>2:16-cv-00781-RCJ-VCF<br>2:16-cv-00856-RCJ-VCF<br>2:16-cv-00857-RCJ-VCF<br>2:16-cv-00858-RCJ-VCF<br>2:16-cv-00859-RCJ-VCF<br>2:16-cv-00871-RCJ-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO SUBMIT JOINT STIPULATED PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiffs and the undersigned Defendants, by and through their undersigned counsel, hereby agree and stipulate as follows:

1. The Proposed Scheduling Order in this matter (ECF No. 91) required that the Joint Stipulated Protective Order be submitted on December 20, 2016.

2. The parties agree and stipulate that the deadline for to submit the Joint Stipulated Protective Order shall be extended by an additional two (2) days, until December 22, 2016.

1      3.    This is the first request for an extension of these deadlines.  This stipulation is made in good faith and not in an attempt to delay proceedings.

    4.    Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

**IT IS SO STIPULATED:**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511

Dated: December 20, 2016.

| | |
|---|---|
| /s/ *Erica J. Chee* | /s/ *Michael D. Rounds* |
| Molly M. Rezac, Esq. | Michael D. Rounds, Esq. |
| Nevada Bar No. 7435 | Nevada Bar No. 4734 |
| *molly.rezac@ogletreedeakins.com* | mrounds@bhfs.com |
| Erica J. Chee, Esq. | Adam K. Yowell |
| Nevada Bar No. 12238 | Nevada Bar No. 11748 |
| *erica.chee@ogletreedeakins.com* | ayowell@bhfs.com |
| OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C. | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 3800 Howard Hughes Parkway, Suite 1500 | 5371 Kietzke Lane |
| Las Vegas, Nevada 89169 | Reno, Nevada 89511 |
| Telephone: (702) 369-6800 | Telephone: (775)324-4100 |
| Facsimile:  (702) 369-6888 | Facsimile: (775)333-8171 |
| *Attorneys for Plaintiffs, CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC* | *Attorneys for Defendants, Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC* |
| /s/ *Carrie A. Bader* | /s/ *William M. Gantz* |
| W. West Allen | Cayla Witty |
| Nevada Bar No. 5566 | Nevada State Bar. No. 12897 |
| HOWARD & HOWARD ATTORNEYS PLLC | LEWIS BRISBOIS BRISGAARD & SMITH LLP |
| 3800 Howard Hughes Parkway, Suite 1000 | 6385 South Rainbow Blvd. Suite 600 |
| Las Vegas, Nevada 89169 | Las Vegas, NV 89118 |
| Telephone: (702) 257-1483 | Telephone: 702-693-4392 |
| Facsimile: (702) 567-1568 | Email: Cayla.Witty@lewisbrisbois.com |
| wwa@h2law.com | |
| | William M. Gantz (*Pro Hac Vice*) |
| Eric A. Buresh | David R. Metzger (*Pro Hac Vice*) |
| Megan J. Redmond | Daniel A. Valenzuela(*Pro Hac Vice*) |
| Carrie A. Bader | DENTONS US LLP |
| ERISE IP, P.A. | 233 South Wacker Drive, Suite 5900 |
| 6201 College Blvd. | Chicago, IL 60606-6361 |
| Suite 300 | Telephone: 312-876-8000 |
| Overland Park, KS 66211 | |
| *Attorneys for Defendant FanDuel, Inc.* | *Attorneys for Defendant 888 Holdings PLC* |

| /s/ *Tim R. Geiger* | s/ *Justin P.D. Wilcox* |
|---|---|
| Michael N. Feder (Nevada Bar No. 7332) | Cayla Witty |
| DICKINSON WRIGHT PLLC | Nevada State Bar. No. 12897 |
| 8363 West Sunset Road, Suite 200 | LEWIS BRISBOIS BRISGAARD & SMITH LLP |
| Las Vegas, Nevada 89113 | 6385 South Rainbow Blvd. Suite 600 |
| Telephone: (702) 550-4400 | Las Vegas, NV 89118 |
| Email: mfeder@dickinsonwright.com | Telephone: 702-693-4392 |
|  | Email: Cayla.Witty@lewisbrisbois.com |
| Douglas F. Stewart (admitted pro hac vice) |  |
| Tim R. Geiger | John M. Desmarais (admitted pro hac vice) |
| BRACEWELL LLP | Paul A. Bondor (admitted pro hac vice) |
| 701 Fifth Avenue, Suite 6200 | Justin P.D. Wilcox (admitted pro hac vice) |
| Seattle, Washington 98104 | Ameet A. Modi (admitted pro hac vice) |
| Telephone: (206) 204-6271 | Brian D. Matty (admitted pro hac vice) |
| Email: doug.stewart@bracewelllaw.com | DESMARAIS LLP |
| Tim.Geiger@bracewelllaw.com | 230 Park Avenue |
|  | New York, NY 10169 |
| David J. Ball (admitted pro hac vice) | Tel: (212) 351-3400 |
| Bracewell LLP | Email: jdesmarais@desmaraisllp.com |
| 1251 Avenue of the Americas | Email: pbondor@desmaraisllp.com |
| New York, New York 10020 | Email: jwilcox@desmaraisllp.com |
| Telephone: (212) 508-6100 | Email: amodi@desmaraisllp.com |
| Email: david.ball@bracewelllaw.com | Email: bmatty@desmaraisllp.com |
|  |  |
| *Attorneys for Defendant Big Fish Games, Inc.* | *Attorneys for Defendant DoubleDown Interactive, LLC* |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511

4

| | |
|---|---|
| /s/ *Raghav Krishnapriyan* | /s/ *Jason M. Dorsky* |
| Sonali D. Maitra (Pro Hac Vice) | Michael J. McCue |
| smaitra@durietangri.com | mmccue@lrrc.com |
| Timothy C. Saulsbury (Pro Hac Vice) | Jonathan W. Fountain |
| tsaulsbury@durietangri.com | jfountain@lrrc.com |
| Raghav Krishnapriyan | LEWIS ROCA ROTHGERBER CHRISTIE |
| Rkrishapriyan@durietangri.com | LLP |
| DURIE TANGRI LLP | 3993 Howard Hughes Parkway, Suite 600 |
| 217 Leidesdorff Street | Las Vegas, NV  89160-5996 |
| San Francisco, CA 94111 | Telephone:  702-949-8200 |
| Telephone: 415-362-6666 | |
| Facsimile: 415-236-6300 | Jonathan Berschadsky (Pro Hac Vice) |
| | jberschadsky@fchs.com |
| Brian R. Hardy (Nevada Bar No. 10068) | FITZPATRICK CELLA HARPER & SCINTO |
| bhardy@maclaw.com | 1290 Avenue of the Americas |
| MARQUIS AURBACH COFFING | New York, NY  10104-3800 |
| 10001 Park Run Drive | Telephone:  212-218-2100 |
| Las Vegas, NV 89145 | |
| Telephone: 702-207-6096 | Jason M. Dorsky (Pro Hac Vice) |
| Facsimile: 702-856-8908 | jdorsky@fchs.com |
| | Katy Easterling (Pro Hac Vice) |
| *Attorneys for Defendant Zynga Inc.* | keasterling@fchs.com |
| | 975 F Street, NW |
| | Washington, DC  20004 |
| | *Attorneys for Defendant DraftKings, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 21st day of December, 2016.

5