Cayla Witty
Nevada State Bar. No. 12897
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4392
Email: Cayla.Witty@lewisbrisbois.com

William M. Gantz (*Admitted pursuant to* LR IA 11-2)
David R. Metzger (*Admitted pursuant to* LR IA 11-2)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone; 312-876-8000
Email: bill.gantz@dentons.com
Email: david.metzger@dentons.com

*Attorneys for Defendant 888 Holdings PLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC<br><br>Plaintiffs,<br><br>v.<br><br>888 HOLDINGS PLC,<br><br>Defendant. | Case No. 2:16-cv-00801-RCJ-VCF<br>Case No. 2:16-cv-00856-RCJ-VCF<br>(Consolidated)<br><br>**DEFENDANT 888'S MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |

  Pursuant to L.R. 10-6(e), Defendant 888HOLDINGS PLC, respectfully moves this court for an order to remove former counsel Daniel A. Valenzuela (daniel.valenzuela@dentons.com), admitted pursuant to LR IA 11-2, from the CM/ECF service list and any mailing list on the above referenced matter.

  Mr. Valenzuela previously represented this defendant. However, he is no longer affiliated with this case, and has no further need to receive CM/ECF notification or mail in this case.

  Lewis Brisbois Bisgaard & Smith LLP and affiliated counsel will continue to represent Defendant.

///

///

4844-7815-0719.1

By this motion, Counsel seeks an Order that Mr. Valenzuela's name be removed as counsel of record for Defendant and that his email address be removed from the CM/ECF notification list on this matter.

Dated: December 28, 2016　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Cayla Witty*

　　　　　　　　　　　　　　　　　　　　Cayla Witty
　　　　　　　　　　　　　　　　　　　　Nevada State Bar. No. 12897
　　　　　　　　　　　　　　　　　　　　LEWIS BRISBOIS BRISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　　　　　6385 South Rainbow Blvd. Suite 600
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89118
　　　　　　　　　　　　　　　　　　　　Telephone: 702-693-4392
　　　　　　　　　　　　　　　　　　　　Email:  Cayla.Witty@lewisbrisbois.com

　　　　　　　　　　　　　　　　　　　　William M. Gantz (*Admitted pursuant to* LR IA 11-2)
　　　　　　　　　　　　　　　　　　　　David R. Metzger  (*Admitted pursuant to* LR IA 11-2)
　　　　　　　　　　　　　　　　　　　　DENTONS US LLP
　　　　　　　　　　　　　　　　　　　　233 South Wacker Drive, Suite 5900
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-6361
　　　　　　　　　　　　　　　　　　　　Telephone; 312-876-8000
　　　　　　　　　　　　　　　　　　　　Email:  bill.gantz@dentons.com
　　　　　　　　　　　　　　　　　　　　Email: david.metzger@dentons.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant 888 Holdings PLC*

Cayla Witty
Nevada State Bar. No. 12897
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4392
Email:  Cayla.Witty@lewisbrisbois.com

William M. Gantz (*Admitted pursuant to* LR IA 11-2)
David R. Metzger (*Admitted pursuant to* LR IA 11-2)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone; 312-876-8000
Email:  bill.gantz@dentons.com
Email: david.metzger@dentons.com

*Attorneys for Defendant 888 Holdings PLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC<br><br>Plaintiffs,<br><br>v.<br><br>888 HOLDINGS PLC,<br><br>Defendant. | Case No. 2:16-cv-00801-RCJ-VCF<br>Case No. 2:16-cv-00856-RCJ-VCF<br>(Consolidated)<br><br>**ORDER** |

This matter came before the Court on the Defendant 888's Motion to Remove Former Counsel From CM/ECF Service List.  Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Daniel A. Valenzuela, Esq. (daniel.valenzuela@dentons.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 30, 2016

4844-7815-0719.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of December, 2016, I electronically filed **DEFENDANT 888's MOTION MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** with the Clerk of the Court through the Case Management/Electronic Filing System.

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702-369-6800

FINNEGAN, HENDERSON, FARABOW, GARRETT &DUNNER, LLP
Robert F. Shaffer  (Admitted Pro Hac Vice)
robert.shaffer@finnegan.com
James R. Barney  (Admitted Pro Hac Vice)
james.barney@finnegan.com
Anthony D. Del Monaco (Admitted Pro Hac Vice)
anthony.delmonaco@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202-408-4000

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

By:        */s/ Cayla Witty*
Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP

4844-7815-0719.1