# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> 888 HOLDINGS, PLC, <br><br>  Defendant. | 2:16-cv-00801-RCJ-VCF <br> Consolidated with: <br> 2:16-cv-00781 <br> 2:16-cv-00856 <br> 2:16-cv-00857 <br> 2:16-cv-00858 <br> 2:16-cv-00859 <br> 2:16-cv-00871 <br><br> **ORDER** |

Before the Court is the Request for an Exemption from Personal Attendance at the Pre-Claim Construction Settlement Conference by 888 Holdings PLC (ECF No. 157).

IT IS HEREBY ORDERED that any opposition to the Request for an Exemption from Personal Attendance at the Pre-Claim Construction Settlement Conference by 888 Holdings PLC (ECF No. 157) must be filed on or before May 23, 2017. No reply necessary.

DATED this 16th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE