**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> 888 HOLDINGS, PLC, <br><br> Defendant. | 2:16-cv-00801-RCJ-VCF <br> Consolidated with: <br> 2:16-cv-00781 <br> 2:16-cv-00856 <br> 2:16-cv-00857 <br> 2:16-cv-00858 <br> 2:16-cv-00859 <br> 2:16-cv-00871 <br><br> **ORDER CLARIFYING ORDER SCHEDULING PRE-CLAIM CONSTRUCTION SETTLEMENT CONFERENCE** |

The Court has reviewed the stipulation and order for stay pending disposition of the '818 patent in case no. 1:14-cv-9661 (ECF No. 164) and the Stipulation and Order Continuing Settlement Conference between Plaintiff and Zynga (ECF No. 166).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the June 8, 2017 settlement conference will proceed as scheduled between Plaintiffs and Defendants FanDuel and 888.  The settlement conference between Plaintiffs and Defendants Zynga and Big Fish is stayed pending further order of the court.

The June 12, 2017 settlement conference will proceed as scheduled between Plaintiffs and Defendants Bwin and DraftKings. The settlement conference between Plaintiffs and Defendant Double Down is stayed pending further order of the court.

All else as stated in the order scheduling the pre-claim construction settlement conference (ECF No. 152) remains unchanged.

IT IS SO ORDERED.

DATED this 1st day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE