**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CG TECHNOLOGY DEVELOPMENT, LLC,
INTERACTIVE GAMES LIMITED, and
INTERACTIVE GAMES LLC,

                     Plaintiffs,

vs.

FANDUEL, INC.,

                     Defendants.

Case No. 17-cv-01041-RGA-CJB

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for FanDuel, Inc. in the above-captioned case will take the deposition of Howard W. Lutnick before a certified court reporter and videographer authorized by law to administer oaths. The deposition will take place at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, DC 20001 or some other mutually agreed upon location, starting at 9:30 am on a date to be determined, and will continue until completed.

DATE: May 10, 2019

                     /s/ Kenneth L. Dorsney
                     Kenneth L. Dorsney (I.D. No. 3726)
                     MORRIS JAMES LLP
                     500 Delaware Ave., Ste. 1500
                     Wilmington, DE 19801
                     (302) 888-6800
                     kdorsney@morrisjames.com

OF COUNSEL:

                     Attorneys for FanDuel, Inc.

ERISE IP, P.A
Eric A. Buresh
Megan J. Redmond
Carrie A. Bader

Clifford T. Brazen
7015 College Blvd., Suite 700
Overland Park, KS  66211

*Attorneys for Defendant FanDuel, Inc.*